```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRACEYANN  VASSAL,                                              JUDGMENT
                                                                15-CV- 3612 (MKB)
                            Plaintiff,

    -against-

THE CITY OF NEW YORK, POLICE OFFICER
STEVIE WILLIAMSON, Shield No. 144201,
POLICE OFFICER SEAN RAFFERTY, Shield No.
17816, POLICE OFFICER TIMOTHY MERRICK,
Shield No. 15349, POLICE OFFICER CLAUDY
MILFORD, Shield No. 25188 and SERGEANT
EDWIN FERREIRA, Shield No. 29638, each in
their individual and professional capacities,

                            Defendants.
-------------------------------------------------------------X
```

An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on April 13, 2017, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated February 27, 2017, pursuant to 28 U.S.C. § 636(b)(1); and dismissing the action for failure to prosecute; and directing the Clerk of Court to close the case; it is

ORDERED and ADJUDGED that the action is dismissed for failure to prosecute; and that the case is closed.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       April 13, 2017                                        Clerk of Court

                                                    by:     /s/ Janet Hamilton
                                                            Deputy Clerk